```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION
```

**GLENDA SHOWS, ET AL.**                                           **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 1:07-cv-709-WHB-LRA**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., ET AL.**      **DEFENDANTS**

<u>ORDER</u>

This cause is before the Court on the motion of Defendant State Farm Fire and Casualty Company, and the motion of E.A. Renfroe & Company, Inc., to disqualify the Barrett Law Office, P.A., Nutt & McAlister, P.L.L.C., the Lovelace Law Firm, P.A., Hesse & Butterworth, P.L.L.C., the Katrina Litigation Group, and all lawyers associated with these entities, from representing any plaintiff in the above referenced action.

For the reasons set forth in the Memorandum Opinion on Motion to Disqualify Members of the Katrina Litigation Group and Associated Counsel, that was entered by United States District Judge L. T. Senter, Jr., on April 4, 2008, in the case of <u>McIntosh v. State Farm Fire and Casualty Co., et al.</u>, Civil Action No. 1:06-cv-1080, the Court finds that the motions to disqualify should be granted. The Court additionally finds, for the reasons set forth in Judge Senter's Memorandum Opinion, that Cori Rigsby and Kerri Rigsby (collectively, "Rigsby Sisters") should be disqualified as witnesses in this case, and that any document supplied by the

Rigsby Sisters to the disqualified attorneys/law firms should be excluded from evidence unless the plaintiffs can show that the documents were obtained through ordinary methods of discovery.

For the foregoing reasons:

IT IS THEREFORE ORDERED that the Motion of Defendant State Farm Fire and Casualty Company to Disqualify [Docket No. 91], and the Motion of Defendant E.A. Renfroe & Company, Inc., to Disqualify [Docket No. 129] are hereby granted.

IT IS FURTHER ORDERED that the Barrett Law Office, P.A., Nutt & McAlister, P.L.L.C., the Lovelace Law Firm, P.A., Hesse & Butterworth, P.L.L.C., the Katrina Litigation Group, and all lawyers associated with these entities, including John Crongeyer and Charles Barrett who have been admitted *pro hac vice*, are hereby disqualified from representing any plaintiff in this case.

IT IS FURTHER ORDERED that each plaintiff shall be allowed a period of forty-five (45) days in which to either retain new counsel and have such counsel file an appearance in this case, or inform the Court, in writing, of his or her intention to proceed *pro se*. The plaintiffs are specifically warned that the failure to either retain new counsel or inform the Court of their intention to proceed *pro se* within the prescribed time period will result in the dismissal of their claims without further notice from the Court.

IT IS FURTHER ORDERED that the attorneys subject to disqualification by the terms of this Order shall send, via United

States mail, postage pre-paid, a copy of this Order to each plaintiff in this case.

IT IS FURTHER ORDERED that Cori Rigsby and Kerri Rigsby are hereby disqualified as witnesses in this case.

IT IS FURTHER ORDERED that any documents supplied by Cori Rigsby or Kerri Rigsby to the Scruggs Katrina Group, the Katrina Litigation Group, or any attorney/law firm who has been disqualified by this Order, shall be excluded from evidence unless the plaintiffs can show that the documents were obtained through ordinary methods of discovery.

SO ORDERED this the 16th day of April, 2008.

                                                 s/ William H. Barbour, Jr.
                                                 UNITED STATES DISTRICT JUDGE